IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEVEN LASHAUN DAVIS,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1667

Opinion filed August 15, 2017.

Petition for Belated Appeal -- Original Jurisdiction.

Steven Lashaun Davis, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Jason W. Rodriguez, Assistant Attorney General, Tallahassee, for Respondent.


PER CURIAM.

Petitioner is granted a belated appeal of the January 27, 2016, order denying second amended motion for postconviction relief in Washington County Circuit Court case number 10-240-CF. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. Fla. R. App. P. 9.141(c)(6)(D).

ROWE, MAKAR, and JAY, JJ., CONCUR.